UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-61436-CIV-UNGARO/O'SULLIVAN

MICHAEL MALONEY,

    Plaintiff,

v.

IN-REL MANAGEMENT, INC.,
DENNIS UDWIN and CHARLES STEIN,,

    Defendants.
_____/

## **ORDER**

THIS MATTER comes before the Court on the Plaintiff Michael Maloney's Motion to Compel Production of Documents Requested in First Set of Requests to Produce Documents (DE # 17, 2/16/07) and Plaintiff Michael Maloney's Motion to Compel Answers to Interrogatories (DE # 18, 2/16/07). On March 15, 2007, the undersigned issued an Order (DE # 22) granting the Defendants' Motion to File out of Time (DE # 20, 3/14/07) and the Defendants' Unopposed Motion for Enlargement of Time in Which to Respond to Motions to Compel Discovery (DE # 21, 3/14/07). As of the date of this Order, no responses have been filed with the Court to the Plaintiff Michael Maloney's Motion to Compel Production of Documents Requested in First Set of Requests to Produce Documents (DE # 17, 2/16/07) and Plaintiff Michael Maloney's Motion to Compel Answers to Interrogatories (DE # 18, 2/16/07). Moreover, Rule 7.1(C), Local Rules for the United States District Court for the Southern District of Florida provides, in pertinent part:

> Each party opposing a motion shall serve an opposing memorandum of law no later than ten days after service of the motion as computed in the Federal Rules of Civil Procedure. **Failure to do so may be deemed sufficient cause for granting the motion by default**. (Emphasis supplied).

Accordingly, it is

ORDERED AND ADJUDGED that the Plaintiff Michael Maloney's Motion to Compel Production of Documents Requested in First Set of Requests to Produce Documents (DE # 17, 2/16/07) and Plaintiff Michael Maloney's Motion to Compel Answers to Interrogatories (DE # 18, 2/16/07) are both GRANTED. The defendants shall provide responses to the outstanding discovery requests on or before April 6, 2007.

DONE and ORDERED, in chambers, in Miami, Florida, this 23rd day of March, 2007.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
United States District Judge Ungaro
All counsel of record